Nardra M. DANIELS, Plaintiff–
Appellant,

v.

DEPARTMENT OF THE ARMY,
Defendant–Appellee.

No. 01–2314.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2002.

Decided Feb. 12, 2002.

Nardra M. Daniels, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Nardra M. Daniels appeals the district court's order dismissing her civil action under the Federal Tort Claims Act with prejudice for failure to comply with the magistrate judge's order to particularize her complaint. *See* Fed.R.Civ.P. 41(b). Finding no abuse of discretion in the district court's dismissal, we affirm on the reasoning of the district court. *See Daniels v. Department of the Army,* No. CA–01–513–5–2BO (E.D.N.C. Sept. 20, 2001). We modify the dismissal, however, to reflect that it is without prejudice to Daniels's right to file a new complaint in the district court with the proper factual support. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*